IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JENNIFER WILSON, Plaintiff, | § § § |
| v. | § CIVIL ACTION NO. 1:17-CV-01202-LY |
| NATERA, INC., Defendant. | § § § § |

## ORDER

Pursuant to Plaintiff's and Defendant's Joint Stipulation of Dismissal with Prejudice filed with the Court, it is hereby:

ORDERED that the above-styled action is DISMISSED WITH PREJUDICE and that the parties are to bear their own costs. THIS IS A FINAL JUDGMENT.

Done this _____ day of __January__, 2019.

_____
UNITED STATES DISTRICT JUDGE