IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 JAN 30 PM 12:39

| JENNIFER WILSON, | § | |
| --- | --- | --- |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:17-CV-1202-LY |
| | § | |
| NATERA, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this same date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

SIGNED this _____ day of January, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE